# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| ELAINE WANG, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:21-cv-00682-MN |
| | : | |
| v. | : | |
| | : | |
| LUMINEX CORPORATION, NACHUM SHAMIR, STEPHEN L. ECK, THOMAS W. ERICKSON, JIM D. KEVER, DIJUANA K. LEWIS, KEVIN M. MCNAMARA, EDWARD A. OGUNRO, and KEN SAMET, | : : : : : | |
| | : | |
| Defendants. | : | |

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 29, 2021                             **RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
**OF COUNSEL:**                                    Wilmington, DE 19801
Telephone: (302) 295-5310
**MELWANI & CHAN LLP**                             Facsimile: (302) 654-7530
Gloria Kui Melwani                                 Email: sdr@rl-legal.com
1180 Avenue of the Americas                        Email: gms@rl-legal.com
New York, NY 100136                                Email: hwm@rl-legal.com
Telephone: (212) 382-4620
Email: gloria@melwanichan.com                      *Attorneys for Plaintiff*